Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266 - 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Toyoaki Uemura

Chapter 13 Case No. 10-42213-EDJ13

debtor(s)

**Trustee's Motion and Declaration to
Dismiss Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order

Dismissing these proceedings pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the

debtor(s) is in material default for the following reasons:

Failure to File Balance of Schedules; Chapter 13 Plan; Certification of Pre-Filing Consumer Credit

Counseling; Declaration of Exigent Circumstances and Form B22C

NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in

writing stating specific grounds for objecting to the dismissal of these proceedings to the court and

served on the trustee no later than twenty-one (21) days from the date of service of this motion.

Trustee will then schedule a hearing date and notice debtor and the attorney of record of said

hearing date.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2010      /s/ Martha G. Bronitsky
                          Signature of Martha G. Bronitsky
                          Chapter 13 Standing Trustee

| In re | |
|---|---|
| Toyoaki Uemura | Chapter 13 Case No. 10-42213-EDJ13 |
| debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Toyoaki Uemura  
717 Buchanan St  
Albany, CA 94706  

(Debtor(s))

Holland Law Firm  
1970 Broadway St #1030  
Oakland, CA 94612  

(Counsel for Debtor)

Date: March 24, 2010

/s/ Gina A Weaver  
Gina A Weaver