HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ) Case No. 10-42213
) CHAPTER 13
)
TOYOAKI UEMURA )
)
Debtor )
) **(PROPOSED) ORDER**
)
) DATE:
) TIME:
) CRTRM:
)
)
)

For GOOD CAUSE APPEARING:

The Court hereby GRANTS the Motion to Convert this Chapter 13 Petition to a Chapter 7 Petition Effective the Date of Submission of Motion.

DATED:

JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

**END OF ORDER**