George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612
Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 10-42213 |
| | ) | Chapter: 13 |
| TOYOAKI UEMURA | ) | |
| | ) | **REQUEST FOR HEARING TO OBJECT TO** |
| Debtor. | ) | **TRUSTEE'S MOTION TO DISMISS** |
| | ) | **BANKRUPTCY PROCEEDINGS** |

    I request a hearing to object to the dismissal of Mr. Uemura's bankruptcy proceedings. Specifically, I object to the dismissal because we have filed a motion to convert the Chapter 13 case to a Chapter 7 case. This motion has not yet been ruled upon. Based upon our initial conversations with Mr. Uemura, it appeared he would qualify for a Chapter 13 bankruptcy. However, upon further conversation, and ascertaining his ability to make payments on a Chapter 13 plan (or, specifically, lack of ability), I determined he would not qualify for a Chapter 13. Thus, I have filed a motion for the case be converted to Chapter 7. However, as the motion has not yet been granted, I am uncertain whether to file paperwork for a Chapter 7 or Chapter 13 case.

    At a hearing, I would be able to further explain this situation. Thus, I request a hearing to be able to do so.

Date: April 13, 2010

/s/ George Holland
_____
George Holland
Attorney for Debtor Toyoaki Uemura

| In re: TOYOAKI UEMURA | Debtor. | CHAPTER: 13 CASE NUMBER: 10-42213-EDJ13 |
|---|---|---|

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, and (if available) by sending the document by email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Martha G. Bronitsky**
P.O. Box 5004
Hayward, CA 94540-5004
13trustee@oak13.com
(Trustee)

**GE Money Bank**
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
claims@recoverycorp.com
(Creditor)

**JPMORGAN CHASE BANK, NA**
c/o Pite Duncan, LLP
4375 Jutland Drive Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(Creditor)

*represented by*
Casper J. Rankin
Pite Duncan
4375 Jutland Dr. #200
San Diego, CA 92117
ecfcanb@piteduncan.com

**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
USTPRegion17.OA.ECF@usdoj.gov
(U.S. Trustee)

**Toyoaki Uemura**
717 Buchanan St.
Albany, CA 94706
(Debtor)

*represented by*
George Holland, Jr.
Law Office of George Holland Jr.
1970 Broadway St. #1030
Oakland, CA 94612
hlfirm@gmail.com

| 04/13/2010 | Christian Cooper | /s/ Christian Cooper |
|---|---|---|
| *Date* | *Type Name* | *Signature* |