Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Toyoaki Uemura | Chapter 13 Case Number: 10-42213-EDJ13 |
| Debtors(s) | |

NOTICE OF HEARING REGARDING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

   NOTICE IS HEREBY GIVEN that a hearing regarding Trustee's Motion to Dismiss Chapter 13 Case will be held on June 14, 2010 at 9:30 am at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California.

Date: April 28, 2010

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re | |
|---|---|
| Toyoaki Uemura | Chapter 13 Case Number:<br>10-42213-EDJ13 |
| Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

April 28, 2010                                   /s/Gina A Weaver
                                                 _____
                                                 Gina A Weaver

Toyoaki Uemura                                   Holland Law Firm
717 Buchanan St                                  1970 Broadway St #1030
Albany,CA 94706                                  Oakland,CA 94612

(Debtor(s))                                      (Counsel for Debtor)