Entered on Docket
June 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 28, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

1 Martha G. Bronitsky
Chapter 13 Standing Trustee
2 24301 Southland Dr #200
Hayward,CA 94545-1541
3 (510) 266- 5580
13trustee@oak13.com
4
5 Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Toyoaki Uemura

Debtors(s)

Chapter 13 Case Number:
10-42213-EDJ13

Hearing: 6/14/2010
Time: 9:30am
Courtroom: 215

**ORDER OF DISMISSAL PRIOR TO CONFIRMATION OF PLAN**

GOOD CAUSE APPEARING,

   IT IS HEREBY ORDERED that the above entitled Chapter 13 Case case is DISMISSED

PRIOR TO CONFIRMATION of the plan.

END OF ORDER

| | |
|---|---|
| | COURT SERVICE LIST |

Toyoaki Uemura
717 Buchanan St
Albany, CA 94706

(Debtor(s))

Holland Law Firm
1970 Broadway St #1030
Oakland, CA 94612

(Counsel for Debtor)